# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Karen L. Manczak
                          Plaintiff,

v.                                              Case No.: 1:11−cv−07987
                                                         Honorable Gary Feinerman

Global Client Solutions, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 1, 2011:

    MINUTE entry before Honorable Gary Feinerman: Defendants having filed a Supplemental Jurisdictional Addendum [19] that establishes minimal diversity under the Class Action Fairness Act, 28 U.S.C. § 1332(d), the orders to show cause [7][18] are discharged. Motion to certify class [10] is denied as moot. Motion hearing scheduled for 12/6/2011 [11] is stricken and re−set for 12/14/2011 at 9:00 a.m. Status hearing scheduled for 12/14/2011 [7] shall stand.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.