# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Karen L. Manczak, et al.
                                      Plaintiff,

v.                                                                        Case No.: 1:11–cv–07987
                                                                       Honorable Gary Feinerman

Global Client Solutions, LLC, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2012:

      MINUTE entry before Honorable Gary Feinerman:Plaintiffs' motion to dismiss pursuant to settlement agreement [47] is granted. Plaintiffs' claims against Global Client Solutions, LLC, and Global Holdings, LLC, are dismissed with prejudice, with each side bearing its own costs. Plaintiffs' claims against Does 1–10 are dismissed without prejudice. Plaintiff's amended preliminary motion to certify class [12] is denied without prejudice as moot. The disposition of Plaintiffs&#039; claims has no impact, one way or the other, on the alleged claims of any members of the putative class. Status hearing scheduled for 4/24/2012 [46] is stricken. Civil case terminated. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.